United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lourdes Leonard Fernandez, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-23903-Civ-Scola |
| ) | |
| Commissioner of Social Security. ) | |
| Kilolo Kijakazi, Defendant. ) | |

## Order Adopting Report and Recommendations

    This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on Plaintiff Lourdes Leonard Fernandez's motion for attorney's fees costs under the Equal Access to Justice Act (Pl.'s Mot., ECF No. 26). Judge Torres has issued a report, recommending that the Court grant the motion and award fees in the requested amount of $22,852.30. (Rep. & Rec., ECF No. 27.) No objections have been filed and the time to do so has passed.

    Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court **affirms and adopts** the report and recommendations (**ECF No. 27**), thus **granting** Fernandez's motion (**ECF No. 26**). As Fernandez sets forth in her motion, she is the prevailing party, the Government's position was not substantially justified, and the fee and cost requests are reasonable. The Court thus awards fees and costs in the amount of **$22,852.30**, to Plaintiff Lourdes Leonard Fernandez, made payable directly to Plaintiff's counsel, Eddy Pierre Pierre, unless Fernandez owes a federal debt.

    **Done and ordered** at Miami, Florida on May 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge